AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LUCAS HILL | ) | Case No. |
| | ) | 6:15MJ 63 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/29/2014 - 03/21/2015  in the county of  Hopkins  in the
 Eastern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Brad Schley, USSS
Printed name and title

Sworn to before me and signed in my presence.

Date:  7/8/15

_____
Judge's signature

City and state:  Tyler, Texas    K. Nichole Mitchell, United States Magistrate Judge
Printed name and title