|  |  |
|---|---|
| DATE: 7-8-2015 | CASE NUMBER: 6:15mj63 |
| LOCATION: Tyler | |
| JUDGE: K. NICOLE MITCHELL | USA         VS.         Lucas Hill |
| DEP. CLERK: Lisa Hardwick | |
| RPTR/ECRO: Lisa Hardwick | Mary Ann Cozby (appearing for Marisa Miller) |
| USPO: Nathan Manley | |
| INTERPRETER: -------------------------- | |
| TIME START: 3:02 p.m. | |
| TIME END: 3:08 p.m. | |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| X | Initial Appearance called | X | Initial Appearance held |
| | Defendant appears with counsel | X | Dft appears without counsel |
| X | Date of Arrest: 7-8-2015 | X | Dft's first appearance with counsel |
| X | Dft advised of charges | X | Df advised of right to counsel |
| X | Dft advised maximum penalties | X | Dft advised of right to remain silent |
| X | Dft stated he will retain counsel | | Court finds Dft eligible and appoints: |
| X | Gvt oral motion for Detention | X | Gvt Oral Motion for Continuance of Detention hearing |
| | Order of Conditions of Release | | Appearance Bond |
| | Waiver of Detention | X | Order of Temporary Detention |
| X | Order of Detention | X | Preliminary and Detention Hearing set for: 7-13-15 at 1:00 p.m. |
| X | Dft remanded to the custody of the US Marshal | | Dft released on bond |