IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 6:15mj63 |
| LUCAS HILL | § | |

ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, LUCAS HILL, is held over for a grand jury consideration.

So **ORDERED** and **SIGNED** this ~~8~~ 13 day of \_\_\_\_July\_\_\_\_, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE