# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

UNITED STATES OF AMERICA      §

V      §      CASE NO. 6:15MJ63

LUCAS HILL

     §

**EXHIBIT LIST**

| K. NICOLE MITCHELL<br>Presiding Judge | Marisa Miller<br>Government's Attorney | Heath Hyde<br>Defendant's Attorney |
|---|---|---|
| Hearing Date: 7-13-2015 | | |
| | | Courtroom Deputy: L. Hardwick |

| Gvt No. | Dft No. | Date Offered | Marked | Admitted | |
|---|---|---|---|---|---|
| 1 | | 7-13-15 | | 7-13-15 | Photocopy of Facebook Page for A.C. (SEALED) |
| 2 | | 7-13-15 | | 7-13-15 | Photocopy of Facebook chats between A.C. and J.B. (SEALED) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |